| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| JOHN W. MANNING, <br> TDCJ 1615428, Reg. 42026-079, <br>           Plaintiff, <br> *versus* <br> DETENTION OFFICER 5882, <br>           Defendant. | § § § § § § § § § § § |

CIVIL ACTION H-10-390

## Opinion on Dismissal

John W. Manning sues for civil rights violations. He is in a Texas prison. Manning has filed twenty lawsuits in this court; several of them recently. For two decades, Manning has threatened and papered the judges of this court with some frequency. He cannot clog the courts for his amusement. Manning has been convicted of mailing a letter threatening the President and a District Judge (No. 84-3647-01-CR-5, W.D. Mo.); threatening the President (No. H-88-CR-248, S.D. Tx.); and mailing threatening communications (H-95-CR-68, S.D. Tx.).

Manning has relentlessly abused the federal courts. Under this court's inherent power to control its docket, Manning is precluded from filing any lawsuits in this court without prior written permission from a district judge of this court. This complaint is dismissed under 28 U.S.C. § 1915(g). The clerk will send a copy to the District Clerk, 211 West Ferguson, Tyler, Texas 75702, Attention: Manager of the Three-Strikes List.

Signed  02-11 , 2010, at Houston, Texas.

Lynn N. Hughes
United States District Judge